AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SEIBERT, JAMES E. | US DISTRICT COURT, NDWV | 05/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US MAGISTRATE JUDGE; FULL TIME | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

1125 CHAPLINE STREET
WHEELING, WV 26003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | POWER OF ATTORNEY | CHECKING ACCOUNT |
| 2. | ADVISORY COMMITTEE | WHEELING AUTO CLUB FUND (Community Foundation of the Ohio Valley) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 05/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | SELF EMPLOYED REAL ESTATE AGENT; Independent Contractor Realtor |
| 2. | 2015 | FIRST CHOICE REAL ESTATE, LLC; Owner |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 05/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UNITED BANK | JDS INVESTMENTS, LLC; Guarantor of Note Secured by Deed of Trust; Property #1 | K |
| 2. | UNITED BANK | JDS INVESTMENTS, LLC; Guarantor of Note Secured by Deed of Trust; Property #2 | K |
| 3. | NML INSURANCE COMPANY | LOANS AGAINST WHOLE LIFE INSURANCE POLICIES | K |
| 4. | GUARDIAN INSURANCE COMPANY | LOANS AGAINST WHOLE LIFE INSURANCE POLICIES | J |
| 5. | SUN LIFE INSURANCE COMPANY | LOANS AGAINST WHOLE LIFE INSURANCE POLICIES | J |
| 6. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MAIN STREET BANK - ACCOUNT #1 | A | Interest | L | T | | | | | |
| 2. MAIN STREET BANK - ACCOUNT #2 (X) | A | Interest | J | T | | | | | |
| 3. UNITED BANK - ACCOUNT #1 | A | Interest | J | T | | | | | |
| 4. UNITED BANK - ACCOUNT #2 | A | Interest | J | T | | | | | |
| 5. UNITED BANK -ACCOUNT #3 (X) | A | Interest | J | T | | | | | |
| 6. MAIN STREET BANK - CERTIFICATE OF DEPOSIT | A | Interest | J | T | | | | | |
| 7. MAIN STREET BANK - COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. SUN LIFE FINANCIAL- COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. LEWIS COUNTY, WV - GAS ROYALTY INTEREST | A | Royalty | J | W | | | | | |
| 10. DIRECT ONLINE MARKETING - NOTE RECEIVABLE | A | Interest | M | T | | | | | |
| 11. WHEELING, WV COMMERCIAL RENTAL (Benwood, WV) | B | Rent | J | W | | | | | |
| 12. JDS INVESTMENTS, LLC - RENTAL PROPERTY #1 (Ohio County, WV) | D | Rent | M | U | | | | | |
| 13. JDS INVESTMENTS, LLC - RENTAL PROPERTY #2 (Ohio County, WV) | D | Rent | M | W | | | | | |
| 14. JDS INVESTMENTS, LLC - RENTAL PROPERTY #2 (Ohio County, WV) | B | Royalty | J | W | | | | | |
| 15. FIRST CHOICE REAL ESTATE | A | Interest | K | T | | | | | |
| 16. KJT, LLC - RENTAL PROPERTY #1 (Wellsburg, WV) | A | Rent | J | U | | | | | |
| 17. SUN LIFE ASSURANCE - WHOLE LIFE POLICY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GUARDIAN - WHOLE LIFE POLICY #1÷ | A | Dividend | J | T | | | | | |
| 19. GUARDIAN - WHOLE LIFE POLICY #2 | A | Dividend | J | T | | | | | |
| 20. NML - WHOLE LIFE POLICY #1 | A | Dividend | K | T | | | | | |
| 21. NML - WHOLE LIFE POLICY #2 | A | Dividend | K | T | | | | | |
| 22. NML - WHOLE LIFE POLICY #3 | A | Dividend | K | T | | | | | |
| 23. NML - WHOLE LIFE POLICY #4 | B | Royalty | K | T | | | | | |
| 24. NML - WHOLE LIFE POLICY #5 | A | Dividend | J | T | | | | | |
| 25. NML - WHOLE LIFE POLICY #6 | A | Dividend | J | T | | | | | |
| 26. NML - WHOLE LIFE POLICY #7 | A | Dividend | J | T | | | | | |
| 27. NML - WHOLE LIFE POLICY #8 | A | Dividend | J | T | | | | | |
| 28. SUMMIT BROKERAGE SEP - Header Line | A | Int./Div. | | | | | | | |
| 29. SUMMIT BROKERAGE SEP - Money Market | | None | J | T | | | | | |
| 30. SUMMIT BROKERAGE SEP - BP Common Stock | | None | J | T | | | | | |
| 31. SUMMIT BROKERAGE SEP - RSTK Main Street Common Stock | | None | J | T | | | | | |
| 32. SUMMIT BROKERAGE SEP - American Growth & Income Mutual Fund | | None | L | T | | | | | |
| 33. SUMMIT BROKERAGE SEP - American Growth Mutual Fund | | None | L | T | | | | | |
| 34. SUMMIT BROKERAGE SEP - American Balanced Mutual Fund | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PRUDENTIAL APEX ANNUITY - Header | A | None | | | | | | | |
| 36. PRUDENTIAL APEX ANNUITY - TRowe Price Large Cap Growth | | None | K | T | | | | | |
| 37. PRUDENTIAL APEX ANNUITY - Small Cap Growth Opportunity | | None | K | T | | | | | |
| 38. PRUDENTIAL APEX ANNUITY - Goldman Sachs Mid Cap Growth | | None | K | T | | | | | |
| 39. PRUDENTIAL APEX ANNUITY - Goldman Sachs Small Cap Value | | None | K | T | | | | | |
| 40. PRUDENTIAL APEX ANNUITY - Small Cap Growth | | None | K | T | | | | | |
| 41. PRUDENTIAL APEX ANNUITY - MFS Global Equity | | None | K | T | | | | | |
| 42. PRUDENTIAL APEX ANNUITY - BlackRock Loomis Sayles | | None | K | T | | | | | |
| 43. PRUDENTIAL APEX ANNUITY - Western Asset Core Plus Bond | | None | K | T | | | | | |
| 44. GOLD FR ROOSTER | | None | J | W | | | | | |
| 45. SILVER EAGLE | | None | J | W | | | | | |
| 46. PEREGRINE PHARMACEUTICALS - Common Stock | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEIBERT, JAMES E. | 05/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

GENERAL:  Items are reported in a different order than in the prior year

GENERAL:  Item #5 and 6 on the 2014 report erroneously.   In the prior year the Spouse changed financial advisors and the new accounts are listed in Items # 28-33

ITEM #11 -  This commercial real estate was sold prior to 12/31/2015.   It has been included because it was owned a portion of the 2015 year.

ITEM #13 - Property is located in Wheeling, WV (This is family owned real estate)

ITEM #14 - Property is located in Triadelphia, WV (This is family owned real estate)

ITEMS #28 - 34  - The income earned during 2015 for the SEP Retirement Account was reported by the broker in total & is reported on Line #28 There were no buy or sale transactions.

ITEMS #35 - 42  -  This item was previously reported as one line item without breaking out the underlying assets.    The income earned during 2015 for the Annuity was reported by the broker in total and is reported on Line #35.  There were no buy or sale transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JAMES E. SEIBERT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544